USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07

RECEIVED
JUN 28 2007
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
Debra Pearlman,

        Plaintiff,

- against -

AmeriPride Services Inc. and Dan Carroll,

        Defendants.
-----------------------------------------------------------X

STIPULATION OF
VOLUNTARY DISMISSAL

06 cv 2615 (RJH)

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Debra Pearlman and defendants AmeriPride Services, Inc. and Daniel Carroll hereby stipulate and agree that the plaintiff's Complaint, dated April 30, 2006, be dismissed with prejudice and without costs to any party.

PLAINTIFF
DEBRA PEARLMAN

/s/
By: _____
Miriam F. Clark, Esq. (MFC2860)
Ritz & Clark, P.C.
40 Exchange Place, Suite 2010
New York, New York 10005
Phone: 212-321-7075
Fax: 212-321-7078
Email: mclark@ritzandclark.com

DEFENDANTS
AMERIPRIDE SERVICES, INC. & DANIEL CARROLL

/s/
By: _____
Peter K. Rydel (PR-6975)
Day Pitney LLP
One Audubon Street
New Haven, CT 06511
Phone: 203-752-5015
Fax: 203-752-5001
Email: pkrydel@daypitney.com

SO ORDERED.

_____
U.S.D.J.